1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 KEVIN NGUYEN, | Case No. 2:19-CV-00265-JAM-EFB |
| 12 Plaintiff, | **ORDER GRANTING STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS** |
| 13 v. | |
| 14 CITIBANK, N.A., | |
| 15 Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

# **ORDER**

Having reviewed the parties' Stipulation to Stay Action and Arbitrate All Claims, and finding good cause, the Stipulation is **GRANTED**.

Plaintiff's claims against defendant Citibank, N.A. ("Citibank") are stayed and said claims shall be submitted to binding arbitration before the American Arbitration Association pursuant to the terms of the arbitration agreement contained in the credit card agreement attached to the Stipulation as Exhibit 1. This action shall be stayed pending completion of the arbitration proceedings.

IT IS SO ORDERED.

DATED: 5/20/2019 /S/ JOHN A. MENDEZ
United States District Court Judge