**KAZEROUNI LAW GROUP, APC**
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 335-8455
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Pamela E. Prescott, Esq. (328243)
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Kevin Nguyen

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION LLC,<br><br>Defendants. | **Case No.:** 2:19-cv-265-JAM-EFB<br><br>**STIPULATION TO DISMISS DEFENDANT CITIBANK, N.A WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HONORABLE JOHN A. MENDEZ** |

Plaintiff KEVIN NGUYEN ("Plaintiff") and Defendant CITIBANK, N.A. ("Citibank, N.A.") undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Citibank, N.A. hereby jointly move to dismiss Citibank, N.A. WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

To be dispel ambiguity, Plaintiff's claims against Defendants EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION LLC remain active.

Dated: May 14, 2020     **KAZEROUNI LAW GROUP, APC**

By:  ___/s/ Matthew M. Loker__
MATTHEW M. LOKER, ESQ
ATTORNEYS FOR PLAINTIFF

**BALLARD SPAHR**

By:  _/s/ Marcos D. Sasso_____
MARCOS D. SASSO, ESQ.
ATTORNEY FOR CITI

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Date: May 14, 2020     **KAZEROUNI LAW GROUP, APC**

By: /s/ Pamela E. Prescott_____
PAMELA E. PRESCOTT ESQ
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Case No.: 2:19-cv-265-JAM-EFB     1 of 2     *Nguyen v. Citibank, N.A., et al.*
**STIPULATION TO DISMISS DEFENDANT CITIBANK, N.A. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation to Dismiss Citibank, N.A. with Prejudice Pursuant to Fed. R. Civ. P. 41(a)* has been submitted this 14th day of May 2020 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                              ___/s/ Pamela E. Prescott___
                                                                  Pamela E. Prescott

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Case No.: 2:19-cv-265-JAM-EFB        2 of 2        *Nguyen v. Citibank, N.A., et al.*
**STIPULATION TO DISMISS DEFENDANT CITIBANK, N.A. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**