# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN NGUYEN,**<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION LLC,**<br><br>　　　　Defendants. | Case No.: 2:19-cv-265-JAM-EFB<br><br>ORDER<br><br>HONORABLE JOHN A. MENDEZ |

　　　Based upon the Joint Stipulation, and good cause, this Court hereby orders Defendant CITIBANK, N.A. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  May 15, 2020　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　U. S. District Court Judge

PROOF OF SERVICE