# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN NGUYEN,**<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>**CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION LLC,**<br><br>　　　　Defendant(s). | **Case No.:** 2:19-cv-265-JAM-EFB<br><br>**ORDER**<br><br>**HON. JOHN A. MENDEZ** |

　　Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant TRANS UNION LLC to be, and is, dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: **July 27, 2020**　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　United States District Court Judge