# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**KEVIN NGUYEN,**

    Plaintiff,

    v.

**CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION LLC,**

    Defendants.

**Case No.:** 2:19-cv-265-JAM-EFB

**ORDER**

**HONORABLE JOHN A. MENDEZ**

    Based upon the Joint Stipulation, and good cause, this Court hereby orders Defendant EQUIFAX INFORMATION SERVICES, LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 11, 2020      /s/ John A. Mendez_____
                                      HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE