1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEVIN NGUYEN,**<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION LLC,**<br><br>Defendants. | **Case No.:** 2:19-cv-265-JAM-EFB<br><br>**ORDER**<br><br>**HONORABLE  JOHN A. MENDEZ** |

Based upon the Joint Stipulation, and good cause, this Court hereby orders Defendant EXPERIAN INFORMATION SOLUTIONS, INC. to be, and is, dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  September 15, 2020

/s/ John A. Mendez_____

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE